ACCEPTED
15-24-00128-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/23/2025 10:57 AM
CHRISTOPHER A. PRINE
CLERK

**No. 15-24-00128-CV**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

1/23/2025 10:57:53 AM

~~CHRISTOP~~HER A. PRINE
Clerk

IN THE COURT OF APPEALS
FOR THE FIFTEENTH DISTRICT OF TEXAS
AUSTIN, TEXAS

**HARBOR AMERICA CENTRAL, INC.,**
*Appellant*,

**v.**

**WILLIAM REEVES,**
*Appellee*.

On Appeal from the 55th District Court of Harris County, Texas
Trial Court No. 2017-25574

## UNOPPOSED MOTION TO ABATE APPEAL PENDING SETTLEMENT

TO THE HONORABLE COURT OF APPEALS:

Appellant Harbor America Central, Inc., and Appellee William Reeves have reached an agreement to settle this case. The parties are in the process of finalizing the settlement documents.

Appellant respectfully requests that this Court abate the appeal (including the upcoming deadline on January 27, 2025, to respond to Appellee's motion to transfer the appeal) for 30 days while the parties work to finalize their settlement. After the settlement documents are finalized, the Court can expect that the parties will file an appropriate motion with this Court to effectuate their settlement.

Respectfully submitted,

BECK REDDEN LLP

By:   */s/ Joshua S. Smith*
  Joshua S. Smith
  State Bar No. 24093173
  jsmith@beckredden.com
  Russell S. Post
  State Bar No. 00797258
  rpost@beckredden.com
1221 McKinney Street, Suite 4500
Houston, Texas 77010
Telephone: (713) 951-3700

ATTORNEYS FOR APPELLANT,
HARBOR AMERICA CENTRAL, INC.

**CERTIFICATE OF CONFERENCE**

I certify that I conferred with David George, counsel for Appellee, concerning this motion, and Appellee's counsel informed me that Appellee does not oppose this motion to abate.

/s/ Joshua S. Smith
Joshua S. Smith

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2025 a true and correct copy of the foregoing motion has been electronically filed and served on all counsel.

/s/ Joshua S. Smith
Joshua S. Smith

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jesse Crochet on behalf of Joshua Smith
Bar No. 24093173
jcrochet@beckredden.com
Envelope ID: 96515129
Filing Code Description: Motion
Filing Description: Unopposed Motion to Abate Appeal Pending Settlement
Status as of 1/23/2025 11:25 AM CST

Associated Case Party: Harbor America Central, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Russell S.Post | | rpost@beckredden.com | 1/23/2025 10:57:53 AM | SENT |
| Joshua S.Smith | | jsmith@beckredden.com | 1/23/2025 10:57:53 AM | SENT |

Associated Case Party: William Reeves

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Ryan Pigg | 24088227 | rpigg@txattorneys.com | 1/23/2025 10:57:53 AM | SENT |
| Thomas Holler | 24126898 | choller@txattorneys.com | 1/23/2025 10:57:53 AM | SENT |
| William DavidGeorge | | dgeorge@georgeappeals.com | 1/23/2025 10:57:53 AM | SENT |
| Lionel Sims | 24107465 | lsims@txattorneys.com | 1/23/2025 10:57:53 AM | SENT |
| Anthony G.Buzbee | | tbuzbee@txattorneys.com | 1/23/2025 10:57:53 AM | SENT |
| Chris J.leavitt | | cleavitt@txattorneys.com | 1/23/2025 10:57:53 AM | SENT |
| Anthony Buzbee | 24001820 | ledelacruz@txattorneys.com | 1/23/2025 10:57:53 AM | ERROR |